JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BREON, | Case No. EDCV 10-00675 VAP(OPx) |
|     Plaintiff, | **JUDGMENT** |
|     v. | |
| DIABLO FUNDING GROUP, INC., et al., | |
|     Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: September 8, 2010

                                  VIRGINIA A. PHILLIPS
                                  United States District Judge