**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BREON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DIABLO FUNDING GROUP,<br>INC. D.B.A. BAY BANCORP,<br>BANK OF AMERICA D.B.A.<br>COUNTRYWIDE, INDYMAC,<br>MERS, RECONTRUST CORP<br>AND DOES 1 TO 100,<br>INCLSUSIVE,<br><br>　　　　　Defendants. | Case No. EDCV 10-00675<br>VAP(OPx)<br><br>**AMENDED JUDGMENT**<br>**Fed. R. Civ. P. 60(a)** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The Judgment entered on September 8, 2010, is hereby Amended and entered <u>nunc pro tunc</u> in accordance with this Court's Order of August 25, 2010, Doc. No. 33. It is therefore ORDERED AND ADJUDGED that Plaintiff's First Claim, for violation of the Truth in Lending Act, is DISMISSED WITHOUT PREJUDICE. As the Court declines to exercise supplemental jurisdiction, it is without jurisdiction over the remaining claims. Accordingly, the

1 | remaining claims are REMANDED to the California Superior
2 | Court for the County of Riverside.  The Court orders that
3 | such judgment be entered.
4 |
5 |
6 | Dated: September 13, 2010
7 | _____
  | VIRGINIA A. PHILLIPS
  | United States District Judge